# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Annette Granat

                Plaintiff,

v.                                       Case No.: 1:18−cv−05556
                                              Honorable Sharon Johnson Coleman

Readerlink Distribution Services, LLC.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 22, 2018:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 8/22/2018. Oral motion by Plaintiff to withdraw the motion for temporary restraining order [8] is granted. Status hearing is set for 9/13/2018 at 9:00 AM. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.